

Office of General Counsel
555 S. Kansas Ave., 6th Floor
Topeka, KS 66603

**Kansas**
Department for Children
and Families

Phone: (785) 296-3967
Fax: (785) 296-4960
www.dcf.ks.gov

Laura Howard, Secretary

Laura Kelly, Governor

# Exhibit A

January 22, 2025

  Re: <u>*Response to Your Complaint and Request for Relief*</u>

**<u>Sent via Email: Meghann.r.miller@gmail.com</u>**
Meghann Miller

Dear Ms. Miller,

  We are in receipt of your email correspondence dated December 19, 2024, wherein you request information pertaining to a DCF investigation. Specifically, you submitted a complaint against DCF for its "failure to close an investigation involving [your] children, despite findings from Social Worker Michelle Merritt that the allegations against [you] were unsubstantiated." Please accept this correspondence as our response to same.

  Following investigation, we have confirmed that the investigation into the allegations against you was closed in June 2024 with a finding of "unsubstantiated." We acknowledge that we did not issue a formal finding at that time and the failure to do so was an unintentional oversight. We did communicate the finding to you, the court, and the guardian ad litem at the time, however. We have also confirmed with the guardian ad litem that the lack of formal finding did not impact visitation in your custody case.

  Regarding your relief sought, we have formally closed our investigation. We have also provided the reason for the delay by way of this correspondence. We are unclear as to which documents you are referring, but recommend you make any requests for same formally via a subpoena in the specific case at issue. Finally, there has been no "undue influence from external parties" in the investigation of your case. In order to fulfill our statutory duty to investigate claims of abuse or neglect, we frequently question third parties who may possess relevant information. One such third party may be a guardian ad litem.

  We trust this correspondence answers your questions and provides you some detail into our investigation. In the event you have additional questions, do not hesitate to reach contact us.

Very truly yours,

*/s/ Marc Altenbernt*
General Counsel
Kansas Department for Children and Families
555 S. Kansas Avenue.
Topeka, Kansas 66603
785-250-0380
Marc.Altenbernt@ks.gov