
# Exhibit C

## Request for Immediate Resolution: Unsubstantiated DCF Case Still Open

1 messages

Meghann Miller <meghann.r.miller@gmail.com>  Thu, Dec 19, 2024 at 3:14 PM
To: "Nicolas Kennedy [DCF]" <Nicolas.Kennedy@ks.gov>, "Michelle Merritt [DCF]" <Michelle.Merritt@ks.gov>, "Ashley Beauchamp [DCF]" <Ashley.Beauchamp@ks.gov>, "Cheryl Miller [DCF]" <Cheryl.Miller@ks.gov>, "Tammy Jaramillo [DCF]" <Tammy.Jaramillo@ks.gov>, Child.Welfare@house.ks.gov, "ChildAdvocate [DA]" <ChildAdvocate@ks.gov>, Ford.Carr@house.ks.gov, Susan.concannon@house.ks.gov, Allison.Hougland@house.ks.gov, Leah.Howell@house.ks.gov, Cyndi.Howerton@house.ks.gov, Susan.Humphries@house.ks.gov, timothy.johnson@house.ks.gov, Bob.Lewis@house.ks.gov, Cindy.Neighbor@house.ks.gov, Jarrod.ousley@house.ks.gov, Sandy.Pickert@house.ks.gov, Jeff.Underhill@house.ks.gov, Paul.Waggoner@house.ks.gov, Molly Baumgardner <Molly.Baumgardner@senate.ks.gov>, Renee.Erickson@senate.ks.gov, Oletha.Faust-Goudeau@senate.ks.gov, Beverly.Gossage@senate.ks.gov, Cindy Holscher <Cindy.Holscher@senate.ks.gov>, Kristen.OShea@senate.ks.gov, Susan.Ruiz@house.ks.gov, Ty.Masterson@senate.ks.gov, Gary.Deeter@house.ks.gov
Cc: Carr4Kansas@gmail.com, sconcannon@nckcn.com, AllisonforKansas@gmail.com, Cyndi.Howerton@house.ks.gov, susanmhumphries@gmail.com, timjohnson@sunflower.com, gckbobl@gmail.com, cindyneighbor@aol.com, jarrodousley@gmail.com, sandypickert@yahoo.com, jeffreyunderhill@hotmail.com, waggonerforkansas@gmail.com, molly@molly4kansas.com, ericksonforkansas@gmail.com, oletha29th@aol.com, cindyforkansas@gmail.com, kristen@osheaforkansas.com, susanruizforkansas@gmail.com, senatormasterson@gmail.com

Dear DCF and Committee,

I am submitting the attached formal complaint regarding the Department for Children and Families' (DCF) failure to close an investigation involving my children, despite findings from Social Worker Michelle Merritt that the allegations against me were unsubstantiated.

Most importantly, **I have not seen my five children since January 29, 2024,** despite my persistent efforts to engage with DCF, the courts, and associated professionals.

This complaint also includes an urgent request for all documents and findings Ms. Merritt prepared for the January 2025 court proceedings. These documents are essential for ensuring I have a fair trial and can advocate effectively for my parental rights and my children's best interests.

**Key Points in the Complaint:**

- Ms. Merritt confirmed in June 2024 that the investigation was unsubstantiated and intended to close the case. However, it remains open with no explanation.
- Guardian ad Litem Randy McCalla contacted DCF following Ms. Merritt's findings, and his involvement appears to have delayed the case closure. This interference has caused significant emotional harm to my family and disrupted my ability to prepare for trial.

I have included all committee members in this email to ensure accountability and oversight, as my prior efforts to address these concerns directly have not resulted in resolution. The continued delay and lack of transparency violate my rights as a parent and my children's right to stability and a safe resolution.

**Relief Sought:**

- Immediate closure of the investigation based on Ms. Merritt's findings.
- Production of all documents prepared by Ms. Merritt for the January 2025 court proceedings.
- An explanation for the delay, including all communications or actions taken by DCF regarding this case.
- Implementation of safeguards to prevent undue influence from external parties, such as the Guardian ad Litem, in future investigations.

I respectfully request a written response to this email within 10 days, detailing the actions DCF will take to address these issues. I hope this matter can be resolved collaboratively without further legal action.

Thank you for your attention to this urgent matter. Please feel free to contact me if additional information is needed.

Sincerely,
Meghann R. Miller
Pro Se Petitioner


Page 10/11



📎 Formal Complaint Regarding Failure to Close Investigation and Request for Records (1).pdf
98K

# Exhibit C

leghann Miller <meghann.r.miller@gmail.com>  Mon, Jan 20, 2025 at 7:57 PI
o: "Nicolas Kennedy [DCF]" <Nicolas.Kennedy@ks.gov>, "Michelle Merritt [DCF]" <Michelle.Merritt@ks.gov>, "Ashley Beauchamp [DCF]
Ashley.Beauchamp@ks.gov>, "Cheryl Miller [DCF]" <Cheryl.Miller@ks.gov>, "Tammy Jaramillo [DCF]" <Tammy.Jaramillo@ks.gov>,
hild.Welfare@house.ks.gov, "ChildAdvocate [DA]" <ChildAdvocate@ks.gov>, Ford.Carr@house.ks.gov,
usan.concannon@house.ks.gov, Allison.Hougland@house.ks.gov, Leah.Howell@house.ks.gov, Cyndi.Howerton@house.ks.gov,
usan.Humphries@house.ks.gov, timothy.johnson@house.ks.gov, Bob.Lewis@house.ks.gov, Cindy.Neighbor@house.ks.gov,
rrod.ousley@house.ks.gov, Sandy.Pickert@house.ks.gov, Jeff.Underhill@house.ks.gov, Paul.Waggoner@house.ks.gov, Molly
aumgardner <Molly.Baumgardner@senate.ks.gov>, Renee.Erickson@senate.ks.gov, Oletha.Faust-Goudeau@senate.ks.gov,
everly.Gossage@senate.ks.gov, Cindy Holscher <Cindy.Holscher@senate.ks.gov>, Kristen.OShea@senate.ks.gov,
usan.Ruiz@house.ks.gov, Ty.Masterson@senate.ks.gov, Gary.Deeter@house.ks.gov

I am following up on my previous email dated December 19, 2024, regarding the ongoing delays and lack of resolution in my DCF case. As of today, January 20, 2025, I have still not received any response or information on this matter. This lack of communication is unacceptable given the gravity of the situation and the harm it continues to cause me and my five children.

It has now been nearly one year since my children were taken from me on January 29, 2024, due to the actions of Guardian ad Litem (GAL) Randy McCalla. I have documented evidence that Michelle Merritt, the DCF social worker assigned to my case, informed Mr. McCalla of her findings *prior* to my children being removed. Additionally, Ms. Merritt made it clear in June 2024 that she intended to close the case. However, Mr. McCalla contacted your office, which resulted in the case being kept open. I have solid evidence of these actions, which I can provide upon request.

Despite being a pro se litigant, I have been denied access to critical documentation and reports that are essential for me to properly advocate for my parental rights and challenge the unfounded decisions that have kept me separated from my children. This includes the records that Ms. Merritt was prepared to release before these delays and interference.

The lack of action and transparency in this matter has caused immense and unnecessary suffering for me and my children. I am demanding immediate action, including:

1. **The closure of the DCF case**, as initially recommended by Ms. Merritt in June 2024.
2. **Immediate access to all records and reports**, including documentation related to Ms. Merritt's findings, correspondence with Mr. McCalla, and any other materials that pertain to the case.
3. **A prompt review of the events leading to the prolonged separation from my children** and measures to ensure reunification efforts begin immediately.

Please be advised that if this matter is not resolved promptly, I intend to pursue legal action against your department for the misconduct and harm caused by these delays, as well as the violation of my rights as a mother and a pro se litigant. The systemic failure to address this situation has directly harmed my family, and I will not hesitate to hold all responsible parties accountable.

I expect a written response from your office no later than [specific date, e.g., February 1, 2025], detailing the steps being taken to address these issues.

Thank you for your immediate attention to this matter.

Sincerely,
**Meghann R. Miller**

[Quoted text hidden]

Page 11/11