March 21, 2025

Clerk of the Court
United States District Court
District of Kansas
The Robert J. Dole Courthouse is located at:
500 State Avenue, Kansas City, KS 66101

RE: Civil Complaint – Meghann R. Miller v. Kansas Department of Children and Families, et al.

Dear Clerk of Court,

Enclosed for filing, please find the following documents submitted by the Plaintiff, Meghann R. Miller, appearing pro se:

1. Civil Cover Sheet (JS-44)

2. Complaint for Declaratory Relief, Injunctive Relief, Damages, and Relator Recovery

3. Motion for Temporary Restraining Order and Preliminary Injunction

4. [Proposed] Temporary Restraining Order

5. Exhibits A–C (attached to Complaint)

Please file these documents and return a conformed copy to the undersigned in the enclosed self-addressed stamped envelope. Should any corrections or fees be required, please notify me at the contact information provided below.

Thank you for your time and assistance.

Respectfully,

*[signature]*

Meghann R. Miller
15783 S Gardner Place
Gardner, Kansas 66030
Phone: 816-977-8328
Email: meg@standwithmeg.com