# JS 44 (Rev. 10/20) CIVIL COVER SHEET

2:25-cv-02145-KHV-TJJ

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.

FILED
U.S. District Court
District of Kansas

MAR 21 2025

Clerk, U.S. District Court
By_____ Deputy Clerk

Plaintiff: Meghann R. Miller

Defendants: Kansas Department of Children and Families; Ashley Beauchamp; Michelle Merritt; John/Jane Doe Supervisors

Basis of Jurisdiction: Federal Question (U.S. Government not a party)

Cause of Action: 42 U.S.C. § 1983 (First & Fourteenth Amendments); 31 U.S.C. § 3729 (False Claims Act)

Nature of Suit: Civil Rights - Other (440); Other Statutory Actions - False Claims Act (375)

Origin: Original Proceeding

Requested Relief: Declaratory Relief, Injunctive Relief (TRO), Damages (Compensatory and Punitive), and Relator Recovery

Jurisdiction: U.S. District Court - District of Kansas

Date: March 21, 2025

Signature of Attorney of Record: Meghann R. Miller (Pro Se)