IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

MAR 21 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

Meghann R Miller )
)
Plaintiff(s), )
)
v. )  Case No. __2:25-cv-02145-KHV-TJJ__
)
Kansas Dept. of Children )
& families )
Defendant(s) )

## DESIGNATION OF PLACE OF TRIAL

## REQUEST FOR TRIAL BY JURY

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_____
Signature of Plaintiff

Dated: March 21, 2025
(Rev. 10/15)

6