# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MEGHANN R. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2:25-cv-02145-KHV-TJJ |
| | ) |
| KANSAS DEPARTMENT FOR CHILDREN | ) |
| AND FAMILIES; et al | ) |
| | ) |
| Defendants. | ) |

## **DECLARATION OF RANDY MCCALLA**

I, Randy McCalla, being duly sworn upon his oath, states as follows:

1. My name is Randy McCalla, I am over 18 years of age, have personal knowledge of the information set forth in this Declaration, and am competent to testify thereto.

2. I am listed as a defendant in the above-captioned action.

3. I am the authorized officer of Randy R. McCalla, P.A., a professional association incorporated in the State of Kansas.

4. The principal office of Randy R. McCalla, P.A. is located at 142 N. Cherry St., Olathe, KS 66061.

5. I did not, on May 21, 2025, or at any time, reside at 142 N. Cherry St., Olathe, KS 66061.

6. The building located at 142 N. Cherry St., Olathe, KS 66061 consists of several separate businesses and tenants.

7. On May 21, 2025, a Process Receipt and Return and Summons in a Civil Action was delivered to 142 N. Cherry St., Olathe, KS 66061.

8. The documents were accepted by someone else within the building and subsequently

provided to me.

9. Exhibit A is a true and accurate copy of the documents that were delivered on May 21, 2025.

**FURTHER DECLARANT SAYETH NAUGHT.**

Pursuant to K.S.A. 53-601, I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.

Executed on June 14th, 2025.

_____
Randy McCalla

102861758.v1



**EXHIBIT A**

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Meghann R. Miller | 2:25-cv-02145-KHV-TJJ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Randy R. McCalla | Civil Summons & Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Randy R. McCalla
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
142 N Cherry St. Olathe, KS 66061

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Meghann R. Miller
15783 S. Gardner Place
Gardner, KS 66030

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
s/N. Coop, Deputy Clerk for Meghann R. Miller
TELEPHONE NUMBER: 816-977-8328
DATE: 5/9/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date | Time | [ ] am [ ] pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Meghann R. Miller | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 2:25-cv-02145-KHV-TJJ |
| Kansas Department of Children and Families et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Randy R. McCalla
142 N Cherry St.
Olathe, KS 66061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Meghann R. Miller
15783 S. Gardner Place
Gardner, KS 66030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/09/2025

s/N. Coop, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:25-cv-02145-KHV-TJJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: