**U.S. Department of Justice**
United States Marshals Service

FILED
U.S. District Court
District of Kansas
JUL 01 2025
Clerk, U.S. District Court
By _____ Deputy Clerk

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Meghann R. Miller | 2:25-cv-02145-KHV-TJJ |
| DEFENDANT | TYPE OF PROCESS |
| Ashley Beauchamp | Civil Summons & Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ashley Beauchamp DCF Caseworker c/o Kansas Department of Children and Families

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8915 Lenexa Drive, Overland Park, KS 66214

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Meghann R. Miller
15783 S. Gardner Place
Gardner, KS 66030

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
s/N. Coop, Deputy Clerk for Meghann R. Miller
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 816-977-8328
DATE: 5/9/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 9 of 9 | No. 031 | No. 031 | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| Address (complete only different than shown above) | | Signature of U.S. Marshal or Deputy | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

USPS Tracking # 7022 3330 0001 6944 5605
Certified mail received 5-30-25

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| Article Addressed to:<br>ASHLEY BEAUCHAMP<br>c/o KANSAS DEPARTMENT OF CHILDRENS AND FAMILIES<br>8915 LENEXA DRIVE<br>OVERLAND PARK, KS 66214<br><br>25-CV-02145   9 of 9 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:    ☐ No<br><br>UNITED STATES MARSHAL<br>RECEIVED<br>MAY 30 2025<br>KANSAS CITY, KS |
| 9590 9402 7943 2305 4649 55 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation<br>☐ Signature Confirmation Restricted Delivery |
| Article Number (Transfer from service label)<br>7022 3330 0001 6944 5605 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |