# UNITED STATES DISTRICT COURT
for the District of Kansas at Kansas City

Meghann R. Miller,

      Plaintiff,

v.                          Civil Action No.  2:25-cv-02145-KHV-TJJ

Kansas Department for Children and Families et al.,

      Defendants.

### MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING OUT OF TIME

COME NOW the Defendants the Kansas Department for Children and Families (hereinafter "KDCF"), Michelle Merritt, in her Official Capacity as an employee of KDCF and individually, and Ashley Beauchamp, in her Official Capacity as an employee of KDCF and individually (hereinafter the "KDCF Defendants"), by and through their attorney Marc Altenbernt, and for their Motion for Leave to File its Responsive Pleading Out of Time, filed pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6.1, hereby states as follows:

1. Defendant Merritt's response to the Plaintiff's Amended Complaint was due on or before June 17, 2025 [Document 18].

2. Defendant Beauchamp's response to the Plaintiff's Amended Complaint was due on or before June 20, 2025 [Doc. 24].

3. Defendant the Kansas Department for Children and Families' response to the Plaintiff's Amended Complaint was due on or before June 20, 2025.

4. KDCF's counsel sent an email to all parties on July 7, 2025, asking whether any of them objected to its late filing. Counsel for the other Defendant had no objection, while the Plaintiff did not respond.

3. No prior extensions have been granted or requested.

4. The reason for the delayed filing is due to the increased time it took counsel for the KDCF Defendants to receive the Amended Complaints from each KDCF Defendant due to the individual Amended Complaints being served at different locations on different times, despite federal and state law requiring that they all be served either on the Chief Executive Officer or the Attorney General.

5. The Plaintiff previously requested a clerk default following her alleged service of her original Complaint. The Clerk did not enter the default, however, likely because the Plaintiff filed an Amended Complaint, thereby mooting the request for entry of default as to the original Complaint. No other request for default has been requested.

WHEREFORE, the Defendants the Kansas Department for Children and Families, Michelle Merritt, in her Official Capacity as an employee of KDCF and individually, and Ashley Beauchamp, in her Official Capacity as an employee of KDCF and individually, respectfully request that this Court grant the instant motion and grant it leave to file its Answer or Otherwise Plead to the Plaintiff's Amended Complaint within seven days.

Respectfully Submitted,

*/s/ Marc Altenbernt*_____
Marc Altenbernt, SC#28745
General Counsel
Kansas Department for Children and Families
555 S. Kansas Ave., 6th Floor
Topeka, KS 66603
Tel:   (785) 250-0380
Fax:   (785) 296-4960
Marc.Altenbernt@ks.gov
*Attorney for Defendants, DC, Merritt and Beauchamp*

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court on the 8th day of July 2025, and to Plaintiff, via email: meg@standwithmeg.com.

*/s/ Marc Altenbernt*_____
Marc Altenbernt