IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

MEGHANN R. MILLER,

Plaintiff,

v.

KANSAS DEPARTMENT OF CHILDREN

AND FAMILIES et al.,

Defendants.

Case No. 2:25-cv-02145-KHV-TJJ

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING OUT OF TIME**

COMES NOW Plaintiff Meghann R. Miller, pro se, pursuant to Fed. R. Civ. P. 60(b)(1), 60(b)(6), and D. Kan. Rule 7.3(b), moving for reconsideration of the Court's July 9, 2025, Order (Doc. 27) granting Defendants' Motion for Leave to File a Responsive Pleading Out of Time (Doc. 26). This motion is timely filed within 14 days per D. Kan. Rule 7.3(b).

**I. INTRODUCTION**

1. On July 8, 2025, Defendants filed Doc. 26, seeking leave to file a late responsive pleading. Less than 24 hours later, on July 9, 2025, the Court granted the motion (Doc. 27) without allowing Plaintiff's response, violating Local Rule 6.1(d)(1)'s 14-day response period. This ruling ignores Plaintiff's pending Application for Clerk's Entry of Default (Doc. 16), prejudices her case, and denies due process.

**II. DENIAL OF RESPONSE OPPORTUNITY (FED. R. CIV. P. 60(b)(6))**

2. Relief under Fed. R. Civ. P. 60(b)(6) is warranted for procedural unfairness. Local Rule 6.1(d)(1) states: "Responses to motions… must be filed and served within 14 days." The Court's ruling on July 9, 2025, after receiving the motion on July 8, 2025, denied Plaintiff

this right. Plaintiff was preparing an opposition (Exhibit A) and received no notice of an expedited ruling. Due process requires a "meaningful opportunity to be heard." *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976). Moreover, "Relief under Rule 60(b) is extraordinary and may only be granted in exceptional circumstances." *Cashner v. Freedom Stores, Inc.*, 98 F.3d 572, 576 (10th Cir. 1996). The Court's premature grant of Doc. 26 absent such circumstances justifies reconsideration.

### III. EXCUSABLE NEGLECT (FED. R. CIV. P. 60(b)(1))

3. If Rule 60(b)(1) applies, Plaintiff's failure to respond before the ruling was excusable neglect. Defendants' counsel emailed intent to file on July 7, 2025, but Plaintiff received the motion on July 8, 2025. Plaintiff acted in good faith, preparing Exhibit A when the Court ruled. Per *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993), excusable neglect includes minimal prejudice, short delay, and good faith—all met here.

### IV. OPPOSITION TO DEFENDANTS' MOTION (DOC. 26)

4. Plaintiff incorporates her opposition (Exhibit A) to Doc. 26, highlighting:

   a. Proper service on the Kansas Attorney General on April 23, 2025 (Exhibit A, Certificate of Service), with a May 14, 2025, answer deadline per Fed. R. Civ. P. 12(a)(1)(A)(i).

   b. Timely Application for Default (Doc. 16) filed May 23, 2025, still pending.

   c. Defendants' failure to show excusable neglect under Rule 6(b).

   d. Prejudice from delay, as DCF's falsified findings harm Plaintiff in state court, requiring urgent discovery.

### V. PREJUDICE AND PENDING DEFAULT

5. The ruling delays discovery, prolonging harm from DCF's actions in state court. Plaintiff's Application for Default (Doc. 16) remains unresolved, yet the Court prioritized

Defendants' late motion, compounding unfairness in this case involving constitutional violations and retaliation.

## VI. RELIEF REQUESTED

6. Plaintiff respectfully requests that this Court:
   a. VACATE its July 9, 2025 Order (Doc. 27);

   b. DENY Defendants' Motion for Leave to File Out of Time (Doc. 26);

   c. REINSTATE Plaintiff's pending Application for Clerk's Entry of Default (Doc. 16); and

   d. Set this matter for a status or scheduling conference to ensure timely entry into discovery.

## VII. CONCLUSION

7. This case involves constitutional rights, urgent factual disputes, and documented retaliation against a pro se plaintiff actively prosecuting her claims. Granting leave to answer—without allowing Plaintiff a voice—only compounds the harm.

Dated: July 9, 2025

Respectfully submitted,

/s/ Meghann R. Miller

15783 S. Gardner Place
Gardner, KS 66030
816-977-8328
Email: yestheyareallmine5@gmail.com
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025 I filed the foregoing with the Clerk of the Court via email at ksd_clerks_kansascity@ksd.uscourts.gov, as I do not have access to the CM/ECF system. On the same date, I served a copy of this motion on Defendants' counsel by email to Marc.Altenbernt@ks.gov, consistent with his email service to me (meg@standwithmeg.com) on July 8, 2025, indicating consent to electronic service.

/s/ Meghann R. Miller

Plaintiff, Pro Se


EXHIBIT A: Plaintiff's Opposition to Defendants' Motion for Leave to File Responsive Pleading Out of Time (Document A)