# EXHIBIT A:

Certificate of Service, Kansas Attorney General was properly served on April 23, 2025



